PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:16-cr-00164-DAD-BAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| vs. | |
| PABLO ARNULFO PENA APODACA, | Date: March 13, 2017<br>Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for March 13, 2017, before the Honorable Judge Barbara A. McAuliffe may be vacated and a change of plea hearing may be set for April 17, 2017, at 10:00 a.m. before the Honorable Judge Dale A. Drozd. In light of the plea agreement the parties have entered into, the parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: March 9, 2017         By:    /s/ *Ross Pearson*
                                    ROSS PEARSON
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DATED: March 9, 2017         By:    /s/ *Ryan Roth*
                                    RYAN ROTH
                                    Attorney for Defendant
                                    PABLO ARNULFO PENA APODACA

# **O R D E R**

IT IS SO FOUND AND ORDERED THAT matter now set for March 13, 2017, before the Honorable Judge Barbara A. McAuliffe may be vacated and a change of plea hearing may be set for April 17, 2017, at 10:00 a.m. before the Honorable Judge Dale A. Drozd.  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated**:  March 10, 2017**                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE