RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th St, Suite 5
Modesto, CA 95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
PABLO ARNULFO PENA APODACA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO ARNULFO PENA APODACA,<br><br>Defendant. | Case No. 1:16-cr-00164-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Pablo Arnulfo Pena Apodaca, that the sentencing date scheduled for August 7, 2017, at 10:00 a.m. be vacated and the sentencing date be continued to this Court's calendar on October 30, 2017, at 10:00 a.m., or the soonest date thereafter convenient to the Court.

The proposed date of October 30, 2017 is agreeable with Defendant's probation officer, Megan Pascual. Defense Counsel and Mrs. Pascual had scheduled Mr. Apodaca's presentence interview; but subsequent scheduling conflicts arose. Mr. Roth and Mrs. Pascual have rescheduled Mr. Apodaca's presentence interview for July 24, 2017, at 9:00 am.

The assigned probation officer will be away from the office and Mr. Roth will be unavailable as well until the July 24, 2017 interview date. This continuance is requested for additional time to conduct the presentence interview, preparation of the report, and allow for

1

objections to be timely filed.

The government is agreeable to a sentencing date of October 30, 2017, and does not object to the requested continuance.

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

                                          Respectfully Submitted,

Dated: June 6, 2017                         /s/ Ryan Roth
                                              Ryan Roth
                                              Attorney for Defendant
                                              Pablo Arnulfo Pena Apodaca

Dated: June 6, 2017                         /s/ Ross Pearson
                                              Ross Pearson
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for August 7, 2017, is continued until October 30, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 6, 2017**                                       /s/ Dale A. Drozd
                                                           UNITED STATES DISTRICT JUDGE