RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th St, Suite 5
Modesto, CA 95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
PABLO ARNULFO PENA APODACA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO ARNULFO PENA APODACA,<br><br>Defendant. | Case No. 1:16-cr-00164-DAD-BAM<br><br><u>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE</u> |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Pablo Arnulfo Pena Apodaca, that the sentencing date scheduled for October 30, 2017, at 10:00 a.m. be vacated and the sentencing date be continued to this Court's calendar on December 18, 2017, at 10:00 a.m., or the soonest date thereafter convenient to the Court.

Members of Defendant's family residing in Mexico are submitting letters of recommendation and will require translation before submission to the court.

The government is agreeable to a sentencing date of December 18, 2017 and does not object to the requested continuance.

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

///

1

|   |   |
|---|---|
| | Respectfully Submitted, |
| Dated: October 19, 2017 | /s/ Ryan Roth <br> Ryan Roth <br> Attorney for Defendant <br> Pablo Arnulfo Pena Apodaca |
| Dated: October 19, 2017 | /s/ Ross Pearson <br> Ross Pearson <br> Assistant U.S. Attorney <br> Attorney for Plaintiff |

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for October 30, 2017, is continued until December 18, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **October 19, 2017**

UNITED STATES DISTRICT JUDGE