RYAN ROTH – CBN 291844
1120 14th Street #5
MODESTO, CA 95354
209-557-2592 -/ 209-579-2211
rroth@roth-legal.com

Attorney for Defendant
PABLO ARNULFO PENA APODACA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00164-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| PABLO ARNULFO PENA APODACA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Pablo Arnulfo Pena Apodaca, that the sentencing date scheduled for December 19, 2017, at 10:00 a.m. be vacated and the sentencing date be continued to this Court's calendar on January 22, 2018, at 10:00 a.m., or the soonest date thereafter convenient to the Court.

Members of Defendant's family residing in Mexico have submitted letters of recommendation as of December 11, 2017. These letters have been submitted for transcription.

The government is agreeable to a sentencing date of January 22, 2018 and does not object to the requested continuance.

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

///

|   |   |
|---|---|
| | Respectfully Submitted, |
| Dated: December 13, 2017 | /s/ Ryan Roth |
| | Ryan Roth |
| | Attorney for Defendant |
| | Pablo Arnulfo Pena Apodaca |
| Dated: December 13, 2017 | /s/ Ross Pearson |
| | Ross Pearson |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for December 18, 2017, is continued until January 22, 2018, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **December 13, 2017**

UNITED STATES DISTRICT JUDGE