RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th St, Suite 5
Modesto, CA 95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
PABLO ARNULFO PENA APODACA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00164-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |
| PABLO ARNULFO PENA APODACA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Pablo Arnulfo Pena Apodaca, that the sentencing date scheduled for January 22, 2018, at 10:00 a.m. be vacated and the sentencing date be continued to this Court's calendar on February 5, 2018, at 10:00 a.m., or the soonest date thereafter convenient to the Court.

Letters of support provided by Mr. Apodaca's family were submitted for translation from Spanish into English several weeks ago. The service provider (American Language Services) through VP of Sales reported an "internal mix up" as of January 17, 2018 and affirmed the letters would be completed promptly.

The government is agreeable to a sentencing date of February 5, 2018 and does not object to the requested continuance.

///

1

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

Respectfully Submitted,

Dated: January 17, 2018                    /s/ Ryan Roth
                                           Ryan Roth
                                           Attorney for Defendant
                                           Pablo Arnulfo Pena Apodaca

Dated: January 17, 2018                    /s/ Ross Pearson
                                           Ross Pearson
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 22, 2018, is continued until February 5, 2018, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **January 17, 2018**                _____
                                           UNITED STATES DISTRICT JUDGE