HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
PABLO ARNULFO PENA APODACA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:16-cr-00164-DAD-BAM-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **SEALING ORDER** |
| | ) JUDGE:  Hon. Dale A. Drozd |
| PABLO ARNULFO PENA APODACA, | ) |
| Defendant-Movant. | ) |

IT IS HEREBY ORDERED that the Request to Seal Exhibit B to Defendant-Movant's Supplemental Brief in Support of Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) be granted so that medical information is not available on the public docket. The Request and its Exhibit B are to be provided to the Court and Assistant United States Attorney Ross Pearson.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  **February 4, 2021**

_____
UNITED STATES DISTRICT JUDGE